JS-6

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| LYNN OSORIO, | CASE NO.: EDCV 14-366-GW(SHx) |
| Plaintiff, | Honorable George H. Wu |
| vs. | **ORDER DISMISSING ENTIRE ACTION <u>WITH PREJUDICE</u>** |
| TARGET CORPORATION, DOES 1 through 10, | Trial Date: February 3, 2015 |
| Defendants. | |

278856

# ORDER

The Court, having considered the parties' Joint Stipulation to Dismiss Entire Action <u>with</u> <u>Prejudice</u>, and finding good cause therefor, adopts the terms thereof as the Order of the Court, and hereby orders that Case No. EDCV14-366-GW(SHx) be dismissed in its entirety <u>with</u> <u>prejudice</u>.

IT IS SO ORDERED.

Dated: May 21, 2014  _____ /s/ George H. Wu _____

Hon. George H. Wu
United States District Judge